UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **WANDA STEWART** | **CASE NO. 2:25-CV-00195** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **GO STORE IT** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [Doc. 3] of the Magistrate Judge, recommending that this matter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 12(h)(3) for lack of subject matter jurisdiction and that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs—i.e., a motion for leave to proceed *in forma pauperis*—[doc. 2] be denied as moot.

The Report and Recommendation of the Magistrate Judge having been considered, and determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's Complaint [doc. 1] is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 12(h)(3) as this Court lacks subject matter jurisdiction over this action.

**IT IS FURTHER ORDERED** that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [doc. 2] is **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on this 10th day of November, 2025.

*/s/ James D. Cain, Jr.*
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**